UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CURTIS EMANUEL WILLIAMS, | ) ) ) ) ) ) ) ) ) | Case No. 10-25529 |
| | | Chapter 13 |
| Debtor, | | |
| | | Hon. Pamela S. Hollis |
| | | Judge Presiding |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **November 25, 2015 at 9:30 a.m.**, we shall appear before the **Honorable Pamela S. Hollis,** or any judge sitting in her stead, in Courtroom 644 located at 219 South Dearborn Street, Chicago, Illinois 60604, and present our **Motion for an Enlargement of Time to Respond to the Notice of Final Cure Payment**, a copy of which was which was served today via the Court's CM/ECF system.

Dated: November 12, 2015                           **CARRINGTON MORTGAGE**
Ralph T. Wutscher                                          **SERVICES LLC,**
Jeffrey T. Karek
MAURICE WUTSCHER LLP
105 W. Madison, Suite 1800
Chicago, Illinois  60602
Tel. (312) 416-6170
Fax (312) 284-4751                    By:    /s/ Jeffrey T. Karek
                                                              One of its Attorneys


**Certificate of Service**

Jeffrey T. Karek, an attorney, certifies that on **November 12, 2015**, he caused the service of a true and correct copy of this Response and any referenced exhibits via ECF on all parties who are Filing Users.


/s/ Jeffrey T. Karek

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CURTIS EMANUEL WILLIAMS, | ) ) ) | Case No. 10-25529 |
| | ) | Chapter 13 |
| Debtor, | ) ) | |
| | ) | Hon. Pamela S. Hollis |
| | ) | Judge Presiding |
| | ) ) | |

**CARRINGTON'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO THE NOTICE OF FINAL CURE PAYMENT**

Carrington Mortgage Services LLC ("Carrington"), by its attorneys, moves pursuant to Federal Rule of Bankruptcy Procedure 9006 for an enlargement of time to respond to the Notice of Final Cure Payment filed by Marilyn O. Marshall, Chapter 13 Trustee. In support thereof, Carrington states as follows.

1. The Chapter 13 Trustee filed her Notice of Final Cure Payment on October 22, 2015. [DE 66].

2. Carrington's response to the Notice of Final Cure Payment is due on November 12, 2015.

3. Federal Rule of Bankruptcy Procedure 9006(b)(1) provides that the court for cause shown may at any time in its discretion with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order. Fed. R. Bankr. P. 9006(b)(1).

4. Carrington's undersigned counsel was retained today, and requires additional time to prepare its response to the Notice of Final Cure, including the itemized account of the unpaid

amounts due as of the date of the Notice of Final Cure Payment.

5. This motion was submitted in a timely fashion under the circumstances, and not for any improper purpose.

6. No party will be unduly prejudiced by the granting of this motion.

WHEREFORE, Carrington requests that the Court enlarge the period of time for it to respond to the Notice of Final Cure Payment up to and including November 25, 2015, and provide such further relief as it deems just and appropriate.

Dated: November 12, 2015 

Respectfully submitted,

CARRINGTON MORTGAGE SERVICES LLC,

Ralph T. Wutscher
Jeffrey T. Karek
MAURICE WUTSCHER LLP
105 W. Madison, Suite 1800
Chicago, Illinois  60602
Tel. (312) 416-6170
Fax (312) 284-4751

By:   /s/ Jeffrey T. Karek
      One of its Attorneys

### Certificate of Service

Jeffrey T. Karek, an attorney, certifies that on **November 12, 2015**, he caused the service of a true and correct copy of this Response and any referenced exhibits via ECF on all parties who are Filing Users.

/s/ Jeffrey T. Karek